IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| DAVID HALL ) | CHAPTER 7 |
| TRACI HALL ) | |
| **Debtor(s)** ) | CASE NO. 20-14736 (MDC) |
| ) | |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION ) | HEARING DATE: **2-3-21 at 10:30 AM** |
| **Moving Party** ) | |
| v. ) | |
| ) | |
| DAVID HALL ) | 11 U.S.C. 362 |
| TRACI HALL ) | |
| **Debtor(s)** ) | |
| ) | |
| TERRY P. DERSHAW ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Honda Odyssey** bearing vehicle identification number 5FNRL5H65FB127549 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: February 12, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE